UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-03673-MRA-JDE | Date: May 30, 2025 |
| Title  David George Karkour v. Federal Bureau of Investigation | |

Present: The Honorable: **Mónica Ramírez Almadani, United States District Judge**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order Denying Post-Dismissal Petition for Permanent Injunction and Request to Proceed In Forma Pauperis [ECF Nos. 11, 14]**

On April 24, 2025, Plaintiff David George Karkour ("Plaintiff") filed a Petition for Permanent Injunction (ECF No. 1, "Petition") and a Request to Proceed In Forma Pauperis (ECF No. 2, "IFP Request").   The gravamen of the Petition was that the Federal Bureau of Investigation was covertly placing implants inside Plaintiff's body.  ECF No. 1 at 2.

On April 28, 2025, the Court denied the IFP Request and dismissed this action with prejudice, finding the Petition was frivolous.  ECF No. 5.  On May 9, 2025, the Court denied Plaintiff's post-dismissal Application for Pro Se Litigant to Electronically File Documents and his second Petition for Permanent Injunction.  ECF No. 10.

Now pending are Plaintiff's Third Petition for Permanent Injunction and his Second IFP Request, both filed on May 12, 2025.  ECF Nos. 11, 14.  The third Petition does not purport to add any new or different factual allegations beyond those alleged in the initial Petition, which the Court has already denied.

As the Court has already dismissed this action and has found that the operative pleading is frivolous, the Second IFP Request (ECF No. 14) is DENIED as moot and the Third Petition (ECF No. 11) is DENIED as unsupported.  See Smith v. Cal. Dep't of Corr. & Rehab., 2020 WL 1503431, at *4 (E.D. Cal. Mar. 30, 2020) (denying preliminary injunctive relief because "without a viable complaint the court cannot assess plaintiff's likelihood of success on the merits"), adopted by 2020 WL 2126831 (E.D. Cal. May 5, 2020); Jaax v. United States, 2008 WL 4630559, at *2 (C.D. Cal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-03673-MRA-JDE                             Date: May 30, 2025

Title       David George Karkour v. Federal Bureau of Investigation


Oct. 17, 2008) (denying motion for a temporary restraining order where the movant did not show "a probability of success on the merits because his complaint, as presently formulated, fails to state a claim on which relief may be granted").

　　IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | gga |